The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>Plaintiff,<br><br>v.<br><br>HTC AMERICA, INC.,<br><br>Defendant. | Case No. 2:18-cv-01730-BJR<br><br>**PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIMS** |

Plaintiff, Uniloc 2017 LLC ("Uniloc"), answers the Counterclaims of defendant, HTC America, Inc. ("HTC" or "Defendant"), as follows:

**PARTIES**

1. Admitted.

2. Admitted.

**JURISDICTION AND VENUE**

3. Uniloc admits that HTC makes such allegations and maintains that there are one or more alternative venues that are more convenient. Any further factual allegations are denied.

4. Uniloc admits that the Court has personal jurisdiction over Uniloc for the purpose of this resolving this dispute. Any further factual allegations are denied.

**FACTUAL BACKGROUND**

5. Admitted.

6. Admitted.



VAN KAMPEN & CROWE PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
(206) 386-7353

7. Denied.

8. Denied.

9. Uniloc admits that an actual controversy exists regarding the infringement and validity of the ’106 Patent. Any further factual allegations are denied.

**COUNT ONE**
**(Declaratory Judgment of Non-Infringement of U.S. Patent No. 7,020,106)**

10. Uniloc repeats and incorporates by reference its responses to paragraphs 1-9 above.

11. Admitted.

12. Denied.

13. Denied.

14. Denied.

**COUNT TWO**
**(Declaratory Judgment of Invalidity of U.S. Patent No. 7,020,106)**

15. Uniloc repeats and incorporates by reference its responses to paragraphs 1-14 above.

16. Admitted.

17. Denied.

18. Denied.

19. Denied.

**PRAYER FOR RELIEF**

WHEREFORE, Uniloc prays that the Court:

A. enter judgment in favor of Uniloc on all counts of the Complaint;

B. decline to exercise jurisdiction over HTC’s Counterclaims;

C. dismiss HTC’s Counterclaims with prejudice;

D. in the alternative, enter judgment in favor of Uniloc on HTC’s Counterclaims;



VAN KAMPEN & CROWE PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
(206) 386-7353

E. award Uniloc its damages caused by HTC's unlawful acts of infringement, with interest thereon;

F. award Uniloc its fees, expenses and costs incurred in this action; and

G. award Uniloc such other and further legal and equitable relief as the Court may deem just and proper.

Dated: April 8, 2019

Respectfully submitted,

s/ Al Van Kampen

Al Van Kampen, WSBA No. 13670
VAN KAMPEN & CROWE PLLC
1001 Fourth Avenue, Suite 4050
Seattle, WA 98154
Tel: (206) 386-7353
Fax: (206) 405-2825
Email: AVanKampen@VKClaw.com

Of Counsel:

Paul J. Hayes (*Pro Hac Vice*)
Kevin Gannon (*Pro Hac Vice*)
Aaron Jacobs (*Pro Hac Vice*)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Fax: (617) 456-8100
Email: phayes@princelobel.com
Email: kgannon@princelobel.com
Email: ajacobs@princelobel.com

ATTORNEYS FOR THE PLAINTIFF

**Declaration of Service**

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Molly A. Terwilliger, WSBA No. 28449
Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Telephone: (206) 516-3800
Fax: (206) 516-3888
mterwilliger@yarmuth.com

*Attorneys for Defendant HTC America, Inc.*

Fred I. Williams *(pro hac vice)*
Mario A. Apreotesi *(pro hac vice)*
Vinson & Elkins LLP
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Telephone: (512) 542-8400
Fax: (512) 542-8612
fwilliams@velaw.com
mapreotesi@velaw.com

*Attorneys for Defendant HTC America, Inc.*

Todd Landis *(pro hac vice)*
Vinson & Elkins LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
Telephone: (214) 220-7700
Fax: (214) 220-7716
tlandis@velaw.com

*Attorneys for Defendant HTC America, Inc.*

Signed at Seattle, Washington this 8th day of April, 2019.

s/ Al Van Kampen
Al Van Kampen