The Honorable Barbara J. Rothstein

1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF WASHINGTON
9                        AT SEATTLE

10  UNILOC 2017 LLC

11                          Plaintiff,          Case No. 2:18-cv-01730-BJR

12      v.                                      **JOINT STIPULATION TO STAY**

13  HTC AMERICA, INC.

14                          Defendant.          NOTE FOR MOTION CALENDAR:
                                                **JUNE 13, 2019**
15

16      Pursuant to Local Civil Rule 7(d)(1), and subject to the Court's approval, Plaintiff Uniloc

17  2017 LLC ("Uniloc") and Defendant HTC America, Inc. ("HTCA") (collectively, the "Parties")

18  hereby stipulate as follows:

19      WHEREAS, Plaintiff Uniloc filed a Complaint against Defendant HTCA alleging

20  infringement of U.S. Patent No. 7,020,106 ("the '106 Patent");

21      WHEREAS, third parties, Apple Inc., LG Electronics Inc., Samsung Electronics Co., Ltd.,

22  and Samsung Electronics America, Inc., filed petitions for *inter partes review* ("IPR"), IPR2019-

23  00219 and 2019-00220, challenging the asserted claims of the '106 Patent;

24      WHEREAS, the Patent Trial and Appeal Board has instituted IPR proceedings on all

25  challenged claims of the '106 Patent;

26      WHEREAS, the instituted IPR proceedings cover all of the claims asserted against HTCA;

27  and

28

1    WHEREAS, to conserve judicial resources, the Parties have agreed to stay this case pending
2  final resolution of all IPR proceedings related to the '106 Patent;
3    NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, pursuant to Local
4  Civil Rule 10(g), subject to the approval of the Court, that this case is stayed pending resolution
5  through final written decision and any appeal thereof of Patent Trial and Appeal Board matters
6  involving the '106 patent. Within seven days from the issuance of a final written decision, the
7  Parties shall file a joint notice advising the Court of the decision. Each party further reserves the
8  right to request that the stay be lifted or modified due to changed circumstances.

10  Dated: June 13, 2019                              Respectfully submitted,

12  **VAN KAMPEN & CROWE PLLC**                        **YARMUTH LLP**

13  By: */s/Al Van Kampen*                             By: */s/ Molly A. Terwilliger*
    Al Van Kampen, WSBA No. 13670                      Molly A. Terwilliger, WSBA No. 28449
14  David E. Crowe, WSBA No. 43529                     1420 Fifth Avenue, Suite 1400
    1001 Fourth Avenue, Suite 4050                     Seattle, WA 98101
15  Seattle, WA 98154                                  Telephone: (206) 516-3800
    Telephone: (206) 386-7353                          Fax: (206) 516-3888
16  Fax: (206) 405-2825
17  AVanKampen@VKClaw.com                              mterwilliger@yarmuth.com
    DCrowe@VKClaw.com
18

19  **PRINCE LOBEL TYE LLP**                           **VINSON & ELKINS LLP**

20  By: */s/ Aaron S. Jacobs*                          By: */s/ Fred I. Williams*
    Aaron S. Jacobs *(pro hac vice)*                   Fred I. Williams *(pro hac vice)*
21  James J. Foster *(pro hac vice)*                   Mario A. Apreotesi *(pro hac vice)*
22  One International Place, Suite 3700                 2801 Via Fortuna, Suite 100
    Boston, MA 02110                                   Austin, TX 78746-7568
23  Telephone: (617) 456-8000                          Telephone: (512) 542-8400
    Ajacobs@princelobel.com                            Fax: (512) 542-8612
24  Jfoster@princelobel.com                            fwilliams@velaw.com
                                                       mapreotesi@velaw.com
25  *Attorneys for Plaintiffs*
26                                                     Todd Landis *(pro hac vice)*
                                                       Eric Klein *(pro hac vice)*
27                                                     2001 Ross Avenue, Suite 3700
                                                       Dallas, TX 75201
28

JOINT STIPULATION TO STAY                    2
CASE NO. 2:18-CV-01730-BJR

Telephone: (214) 220-7700
Fax: (214) 220-7716
tlandis@velaw.com
eklein@velaw.com

*Attorneys for Defendant HTC America, Inc.*

## ORDER

Based upon the foregoing stipulation of the parties, IT IS SO ORDERED.

DATED this 13th of _____June_____, 2019

THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE